1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  STEVEN CHRISTOPHER KRAFP,

11                    Petitioner,

12             v.

13  DEPARTMENT OF CORRECTIONS,

14                    Respondent.

CASE NO. 11-cv-5692RBL

ORDER DIRECTING SERVICE
AND RETURN § 2254 PETITION

15     (l)     The clerk shall arrange for service by certified mail upon respondent and

16  the Attorney General for the State of Washington, copies of the petition, all documents in

17  support thereof.  All costs of service shall be advanced by the United States.  The Clerk

18  shall assemble the necessary documents to effect service.  In addition, the Clerk shall

19  send petitioner a copy of this Order, along with a copy of the Court's General Order

    regarding pro se litigation.

20

21     (2)     Within forty-five (45) days after such service, respondent(s) shall file and

    serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in

22  United States District Courts.  As part of such answer, respondent(s) should state whether

23  petitioner has exhausted available state remedies, whether an evidentiary hearing is

24  necessary, and whether there is any issue of abuse or delay under Rule 9.  Respondent

ORDER DIRECTING SERVICE AND RETURN §
2254 PETITION - 1

1   shall not file a dispositive motion in place of an answer without first showing cause as to

2   why an answer is inadequate.  Respondent(s) shall file the answer with the Clerk of the

3   Court and serve a copy of the answer upon petitioner.

4          (3)     The answer will be treated in accordance with Local Rule CR 7.

5   Accordingly, upon receipt of the answer the Clerk will note the matter for consideration

6   on the fourth Friday after the answer is filed, petitioner may file and serve a response not

    later than on the Monday immediately preceding the Friday appointed for consideration

7   of the matter, and respondent my file and serve a reply brief not later than on the

8   Thursday immediately preceding the Friday designated for consideration of the matter.

9          Dated this 29th day of September, 2011.

10

11

                                        J. Richard Creatura
12                                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DIRECTING SERVICE AND RETURN §
2254 PETITION - 2