UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN CHRISTOPHER KRAFP,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>Respondent. | CASE NO. C11-5692-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner has 21 days from entry of this order to inform the Court if he wishes the Court to consider only his claim regarding exclusion of the arresting officer's prior reprimand. If so, this petition will be dismissed with prejudice as time barred.

(3) Or, if petitioner wishes to pursue his other claims in state court, and possibly return to this court, then petitioner must file a motion to dismiss this petition without prejudice. That motion also needs to be filed within the next 21 days.

(4) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 5th day of March, 2012.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2